UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Arthur John Laundry,　　　　　　　　)
　　　Petitioner,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) No. 2:18-cv-22
-v-　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) HONORABLE PAUL L. MALONEY
Jack Kowalski,　　　　　　　　　　　　)
　　　Respondent.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** March 25, 2019　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge